**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFF'S COUNSEL LISTED ON SIGNATORY LINE]

*Attorneys for Plaintiff,*

**ADIR INTERNATIONAL, LLC DBA CURACAO**
David N. Buffington, Esq. (SBN: 196551)
davidb@icuracao.com
1605 W. Olympic Blvd., Ste. 510
Los Angeles, CA 90071
Telephone: (213) 427-2629
Facsimile: (213) 386-2601

*Attorney for Defendant,*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN CORTES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**CURACAO, LTD., A CALIFORNIA LIMITED PARTNERSHIP; ADIR INTERNATIONAL, LLC DBA CURACAO,**<br><br>Defendants. | **Case No.:** 13-cv-589 BEN (DHB)<br><br>**JOINT MOTION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)**<br><br>**HON. ROGER T. BENITEZ** |

Plaintiff JOHN CORTES ("Plaintiff") and Defendants CURACAO, LTD. A CALIFORNIA LIMITED PARTNERSHIP; and, ADIR INTERNATIONAL, LLC DBA CURACAO ("Defendants"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff and Defendants hereby jointly move to dismiss the Action WITHOUT PREJUDICE. Each party to bear their own fees and costs.

Date: November 22, 2013           **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian_____
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF, JOHN CORTES

Date: November 22, 2013           **ADIR INTERNATIONAL, LLC DBA CURACAO**

By: ___/s/ David N. Buffington___
DAVID N. BUFFINGTON, ESQ.
ATTORNEY FOR DEFENDANTS, CURACAO LTD; AND, ADIR INTERNATIONAL, LLC DBA CURACAO

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David N. Buffington, Esq., counsel for Defendant, and that I have obtained Mr. Buffington's authorization to affix his electronic signature to this document.

Date: November 22, 2013             **KAZEROUNI LAW GROUP, APC**

By: ___/s/ Abbas Kazerounian_____
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF, JOHN CORTES

**[ADDITIONAL PLAINTIFF'S COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022