FILED

13 NOV 25 PM 3:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CORTES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CURACAO, LTD., a California limited partnership; ADIR INTERNATIONAL, LLC d/b/a CURACAO,<br><br>Defendants. | CASE NO. 13-cv-589-BEN (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Docket No. 15] |

Before this Court is a Joint Motion For Dismissal of the Action Without Prejudice Pursuant to F.R.C.P. 41(a)(1), filed by Plaintiff John Cortes and Defendants Curacao, Ltd. and Adir International, LLC. (Docket No. 15). For good cause shown, the joint motion is **GRANTED**. The action is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own fees and costs. The Clerk may close the case.

Dated: 11/25/13

HON. ROGER T. BENITEZ
United States District Judge